## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN CIRCUIT

---

    Because in my judgment the public interest so requires, pursuant to the provisions of Title 28, United States Code, Section 292(b), I hereby designate and assign the Honorable Robert W. Pratt, United States District Court Judge for the Southern District of Iowa, to hold court in the District of Minnesota in the matter of <u>Jill Clark, Peggy Katch, et al. v. Hennepin County Court, Minnesota Court of Appeals, et al.</u>, No.12-CV-3089, and for such additional time in advance thereof to prepare for the trial of the case, or thereafter as may be required to complete unfinished business. Judge Pratt is authorized to travel to the District of Minnesota as may be necessary to preside over this case and to process the case through to completion.

Dated _Dec. 21,_____, 2012

                                                  William Jay Riley, Chief Judge
                                                United States Court of Appeals - Eighth Circuit

Original:    Richard D. Sletten, Clerk, District of Minnesota (via e-mail)
cc:         Chief Judge Michael J. Davis, Chief Judge, District of Minnesota (via e-mail)
            Chief Judge James E. Gritzner, Southern District of Iowa (via e-mail)
            Judge Robert W. Pratt, Southern District of Iowa (via e-mail & first-class mail)
            Marjorie E. Krahn, Clerk, Southern District of Iowa (via e-mail)

FILED 12/26/2012
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK