IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jill Clark, | * | |
| | * | |
| Plaintiffs, | * | 12-cv-3089 |
| | * | |
| v. | * | |
| | * | |
| Hennepin County Court, n/k/a Fourth Judicial District, Minnesota, the Minnesota Court of Appeals, the Minnesota Supreme Court, the Minnesota Lawyers Board, the Minnesota Office of Lawyers Professional Responsibility, Craig Klausing, in his individual and official capacity as OLPR Director, Jane Roe #1, Judith Rush (or her successor), in her capacity as Chair of the LB or her successor, Mark B. Unger, in his capacity as Vice Chair of the LB, Robert A. Blaeser in his individual capacity, and his official capacity, the Responsible Person for the state court(s), Sue Dosal in her official capacity as Court Administrator, Lucy Wieland, in her individual capacity and as an individual, Michael J. Davis, in his individual capacity, Paul Scoggin, in his individual capacity, John Roes 1–50, John Roes 51–100, | * | ORDER |
| Defendants. | * | |

Plaintiff, Jill Clark, filed the above-captioned action on December, 7, 2012. Clerk's No. 1. Despite the passage of 240 days, there appears no evidence in the record that Plaintiff has effectuated service on any named Defendant.

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service

be made within a specified time." Accordingly, Plaintiff is hereby advised that, unless proof of service is filed by April 25, 2013, this case will be immediately dismissed pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated this ___11th___ day of April, 2013.

_/s/ Robert W. Pratt_
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT