IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jill Clark, | * | |
| | * | |
| Plaintiff, | * | 12-cv-3089 |
| | * | |
| v. | * | |
| | * | |
| Hennepin County Court, n/k/a Fourth Judicial District, Minnesota, et al. | * | |
| | * | |
| Defendants. | * | |

Pursuant to the Order filed on April 11, 2013 (Clerk's No. 19), all remaining claims in this action are hereby dismissed without prejudice for failure to timely effectuate service, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated this ___30th___ day of April, 2013.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT